UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GREEN, LATASHA S. | ) | Case No. 07-04160-JBS |
| | ) | |
| Debtor(s). | ) | Hon. Jack B. Schmetterer |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, IL 60604

    On: **December 18, 2008**        Time: **10:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    Receipts                                             $11,502.75

    Disbursements                                      $7,500.00

    Net Cash Available for Distribution          $4,002.75

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Frances Gecker<br>*Trustee Compensation* | $0.00 | $1,000.69 | $1.26 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

|                | Compensation Previously Paid | Fees Now Requested | Expenses |
|----------------|------------------------------|--------------------|----------|
| Applicant      |                              |                    |          |
| n/a            |                              |                    |          |

6.      Claims of general unsecured creditors totaling $7,941.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 37.78%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|--------------|----------|-----------------|------------------|
| 000001 | Recovery Management Systems Corporation | $3,647.26 | $1,378.10 |
| 000002 | Asset Acceptance LLC | $74.40 | $28.11 |
| 000003 | RMI/MCSI | $775.00 | $292.83 |
| 000004 | HSBC Bank Nevada, N.A. | $898.01 | $339.31 |
| 000005 | LVNV Funding LLC | $2,547.18 | $962.45 |

7.      Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|--------------|----------|-----------------|------------------|
| n/a | | | |

8.      Back to Debtor claims totaling $0.00 have been allowed and will be paid.  The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|--------------|----------|-----------------|------------------|
| n/a | | | |

9.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.   If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11.   Debtor(s) have been discharged.

12.   The following property was ordered abandoned by the Court.

Name of Property                                    Scheduled Value

NONE                                                           $

13.   The Trustee proposes to abandon the following property at the hearing:

Name of Property                                    Scheduled Value

NONE                                                           $

Dated: **November 21, 2008**                    For the Court,

                                                    By:   **KENNETH S. GARDNER**
                                                          Kenneth S. Gardner
                                                          219 S. Dearborn Street
                                                          7th Floor
                                                          Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street
Suite 625
Chicago, IL  60654
(312) 276-1401

# CERTIFICATE OF NOTICE

```
District/off: 0752-1              User: amcc7              Page 1 of 2          Date Rcvd: Nov 21, 2008
Case: 07-04160                   Form ID: pdf002          Total Served: 38
```

The following entities were served by first class mail on Nov 23, 2008.
```
db         +Latasha S. Green,   4624 S. Ellis,  Apt 407,   CHICAGO, IL 60653-3692
aty        +Michael R Richmond,   Heller & Richmond Ltd,   33 N Dearborn  Suite 1600,
            Chicago, IL 60602-3107
aty        +Reed A Heiligman,   Frank/Gecker LLP,   325 N LaSalle Street Ste 625,   Chicago, IL 60654-6465
aty        +Thomas N Auwers,   Heller & Richmond Ltd,   33 N Dearborn St Suite 1600,   Chicago, IL 60602-3107
aty        +Zane L Zielinski,   Frank/Gecker LLP,   325 N. LaSalle,   Suite 625,  Chicago, IL 60654-6465
tr         +Frances Gecker,   325 North LaSalle Street,   Suite 625,   Chicago, IL 60654-6465
11226931   ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
            (address filed with court: Americredit,   P O Box 183853,   Arlington, TX 76096)
11226933   +ARROW FINCL,   8589 AERO DRIVE,   SAN DIEGO, CA 92123-1722
11226932   +Aronson Furniture,   3401 West 47th Street,   Chicago, IL 60632-2997
11226937   +CAPITAL Management Services,   726 Exchange St., Suite 700,   BUFFALO, NY 14210-1464
11226938   +Cavalry Portfolio Serv,   4050 E Cotton Center Blv,   Phoenix, AZ 85040-8861
11226940   +Green, Latasha S.,   4624 S. Ellis,   Apt 407,   CHICAGO, IL 60653-3692
12530719   +HSBC Bank Nevada, N.A.,   eCAST Settlement Corporation,   (Bon Ton),
            c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
12530718   +HSBC Bank Nevada, N.A.,   eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,
            3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
11226941   +Household Bank (SB), N.A.,   c/o Bass & Associates, P.C.,   3936 E. Ft Lowell Rd, Suite 200,
            Tucson, AZ 85712-1083
11226942   +Hsbc/rs,   90 Christiana Rd,   New Castle, DE 19720-3118
11226943    Hsbc/tax,   Po Box 1809,   Jacksonville, FL 32220
11226944   +Illinois College of Optometry,   3241 S. Michigan ave,   CHICAGO, IL 60616-3878
11226948   +MICHAEL R. RICHMOND,   33 NORTH DEARBORN STREET,   SUITE 1600,   CHICAGO, IL 60602-3107
11226951    MIDLAND Funding LLC,   PO Box 939019,   SAN DIEGO, CA  92193-9019
11226949   +Midland,   8875 Aero Drive Suite 200,   San Diego, CA 92123-2251
11226950   +Midland Credit Mgmt,   8875 Aero Dr,   San Diego, CA 92123-2251
11226953   +NW COLLECTOR,   3601 ALGONQUIN RD,   ROLLING MEADOW, IL 60008-3143
11226954   +Newport News,   101 Crossway Park West,   Woodbury, NY 11797-2020
11226955   +PALISADES COLLECTION L,   210 SYLVAN AVE,   ENGLEWOOD, NJ 07632-2524
11226956   +PATHOLOGY Consultants of Chica,   PO Box 88493,   CHICAGO, IL 60680-1493
11226957   +PEKAY & BLITSTEIN PC,   77 W. WASHINGTON,   SUITE 719,   CHICAGO, IL 60602-2899
11226952   +Palisades,   210 Sylvan Ave,   Englewood Cliffs, NJ 07632-2524
11226958   +RMI/MCSI,   3348 RIDGE RD,   LANSING, IL 60438-3112
```

The following entities were served by electronic transmission on Nov 22, 2008.
```
11226934   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                      ASSET ACCEPTANCE LLC,
            PO BOX 2036,   WARREN, MI 48090-2036
11226929   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                      Aac,
            Po Box 2036  28405 Van Dyke Rd,   Warren, MI 48090-2036
11226936    E-mail/PDF: bankruptcynotices@bmwfs.com Nov 22 2008 02:46:40      Bmw Financial Services,
            5515 Parkcenter Cir,   Dublin, OH  43017
11226939   +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2008 02:30:45      Gemb/sams Club,   Po Box 981400,
            El Paso, TX 79998-1400
12587479    E-mail/Text: resurgentbknotifications@resurgent.com              LVNV Funding LLC,
            Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11226945   +E-mail/Text: resurgentbknotifications@resurgent.com              Lvnv Funding,
            Po Box 740281,   Houston, TX 77274-0281
11226946   +E-mail/Text: resurgentbknotifications@resurgent.com              Lvnvfundg,
            Po Box 10584,   Greenville, SC 29603-0584
11461073    E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:40
            Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
            Miami, FL 33131-1605
12443069   +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:41
            Recovery Management Systems Corporation,   For YESSG I,   As Assignee of COMPUCREDIT,
            25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
                                                                                    TOTAL: 9
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11226930    Afs Assignee Of Ge C
11226935    At T Wireless
11226947    Medlradiological Phy
11226959    Sbc
11226960    Village Of Park Fore
                                                                              TOTALS: 5, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1        User: amcc7           Page 2 of 2            Date Rcvd: Nov 21, 2008
Case: 07-04160             Form ID: pdf002        Total Served: 38

         ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**              **Signature:**   _Joseph Speetjens_